FILED

MAR 1 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. ~~CR~~ 4- 12-70299 MAG (DMR) |
| Plaintiff, | ) | |
| | ) | DETENTION ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| ERNESTO DELATORRE, JR., | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

I. DETENTION ORDER

Defendant Ernesto Delatorre, Jr. is charged in a criminal complaint with violations of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A) (conspiracy and possession with intent to distribute 500 grams or more of methamphetamine). On March 14, 2012, the United States moved for Mr. Delatorre's detention and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f). Defendant did not request a full bail study. Pretrial Services did, however, prepare a criminal record report. On March 19, 2012, Defendant waived the timing of his right to proffer information in support of his pretrial release, *see* 18 U.S.C. § 3142(f) (a defendant has the right at a section 3142(f) hearing, with the assistance of counsel, to testify, to present witnesses, to cross-

DETENTION ORDER
~~CR~~ 4- 12-70260 MAG (DMR)                    1

cc: Copy to parties of record, Pretrial Services, 2 Certified Copies to US Marshal

1  examine adverse witnesses, and to present information by proffer or otherwise), and retained his

2  right to make a proffer at a later proceeding.

3         After considering the limited information available to the Court, and the factors set forth

4  in 18 U.S.C. § 3142(g), the Court detains Mr. Delatorre as presenting a danger to the community

5  and finds that no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably

6  assure his appearance in this case. *See* 18 U.S.C. §§ 3142(e) and (f); *United States v. Motamedi*,

7  767 F.2d 1403, 1406 (9th Cir. 1985).

8                              II.  CONCLUSION

9         The Court detains Mr. Delatorre at this time.  Because Defendant waived the timing of

10  his right to present information under 18 U.S.C. § 3142(f) without prejudice, the Court orders

11  that the hearing may be rescheduled at Defendant's request.

12         Mr. Delatorre shall remain committed to the custody of the Attorney General for

13  confinement in a corrections facility separate, to the extent practicable, from persons awaiting or

14  serving sentences or being held in custody pending appeal.  Defendant shall be afforded

15  reasonable opportunity for private consultation with counsel.  On order of a court of the United

16  States or on request of an attorney for the Government, the person in charge of the corrections

17  facility in which Defendant is confined shall deliver Defendant to a United States marshal for the

18  purpose of an appearance in connection with a court proceeding.

19      IT IS SO ORDERED.

20

21

22  DATED: March 19, 2012

                                        _____
23                                      DONNA M. RYU
                                        United States Magistrate Judge
24

25

26

27

28

DETENTION ORDER
CR 12-70260 MAG (DMR)                          2